AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Gary Nicks,

                Plaintiff,

v.

Plusfour, Inc.,

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01683-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered against Defendant Plusfour, Inc., pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, in the amount of $1,000.

 

8/15/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk