AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Gary Nicks

AMENDED DEFAULT
JUDGMENT IN A CIVIL CASE

Plaintiff,

v.

Case Number: 2:22-cv-01683-JAD-BNW

PlusFour, Inc

Defendants.

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That default judgment is hereby entered against Defendant Plusfour, Inc., pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, in the amount of $1,000.  In addition, Nicks is awarded $1,862.00 in attorney's fees.

10/26/2023
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ C. Torres
_____
Deputy Clerk